UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARTIN SOUZA : CASE NO: 1:03 CV 1236

    Petitioner, : JUDGE CHRISTOPHER A. BOYKO

v.

UNITED STATES OF AMERICA

    ORDER

    Defendant.

For the reasons stated in the Opinion and Order dated December 13, 2006, (ECF Dkt. #44) Petitioner's Motion Under Fed.R. Civ. P. 60 (B) (6) to Vacate Previous Judgment Adverse to Petitioner's Habeas Based on Subsequent Legal Development (ECF Dkt. # 59) is **DENIED**.

IT IS SO ORDERED.

DATE: 5/5/08

CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE